UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 13-580 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| WESLEY JOHN GIBBS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Assault with a Dangerous Weapon; Brandishing and Using a Firearm During a Crime of Violence; Unlawful Possession of a Firearm

<u>Date of Detention Hearing</u>:    December 2, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's criminal record includes multiple failures to appear with bench warrant activity, fugitive arrest warrants, and numerous prior crimes of violence. Tribal charges are pending regarding the current offense and defendant is currently on community custody supervision for violation of a no contact order.

2. Defendant poses a risk of nonappearance due to a history of failing to appear, history of failing to comply with supervision, lack of employment and a history of substance abuse. Defendant poses a risk of danger due to the nature of the instant offense, alleged gang ties, and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 2nd day of December, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3